FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 MAY 18 PM 3: 48

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| KAREN S. BARWICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) |
| | ) 99-AR-1654-S |
| VESTA INSURANCE GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

ENTERED
MAY 18 2000

## MEMORANDUM OPINION

Before the court is defendant's motion to reconsider this court's denial of summary judgment as to plaintiff's Equal Pay Act claim. Defendant argues that plaintiff cannot show that her job responsibilities and her comparator's job responsibilities were "substantially equal" because plaintiff had $25,000 in settlement authority while her comparator had $50,000.

Although defendant's argument on this point is now clear, the court is not willing to find, as a matter of law, that the difference between $25,000 and $50,000 in settlement authority makes it impossible for a jury to conclude that plaintiff's job responsibilities and her comparator's job responsibilities were "substantially equal." The court reiterates its previous position that "the question of whether the jobs were 'substantially equal' is for the jury to decide." (Memorandum Opinion of May 11, 2000 at 12). Defendant may make the argument contained in its motion for

reconsideration to the jury. It may even be successful. Meanwhile, however, defendant's motion for reconsideration will be denied.

DONE this 18 day of May, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE